```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03906
   ROBERTO CEJA
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-8406


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/06/07 and confirmed on 06/27/07.

    2.  The case was converted to Chapter 7 after confirmation, 10/13/2008.

    3.  The Debtor paid a total of $   7242.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 14946.63 | .00 | 3523.35 |
| REAL TIME RESOLUTIONS | SECURED | .00 | .00 | .00 |
| REAL TIME RESOLUTIONS | MORTGAGE ARRE | 2702.98 | .00 | 637.16 |
| NATIONAL CITY BANK | SECURED VEHIC | 262.10 | .00 | 262.10 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1392.34 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1623.53 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2099.81 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1044.11 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HRRG | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2623.12 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1007.85 | .00 | .00 |
| NELSON WATSON & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1485.74 | .00 | .00 |
| CACH LLC | UNSECURED | 895.39 | .00 | .00 |
| SHEFFIELD FINANCIAL | UNSECURED | 1928.44 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 934.91 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17911.71 | .00 | 15035.24 | .00 | 32946.95 |
| PRINCIPAL PAID | 4422.61 | .00 | .00 | .00 | 4422.61 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4422.61 | .00 | .00 | .00 | 4422.61 |

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   3000.00 and was paid $    500.00   direct and $   2500.00   through the plan.

The Trustee received $    319.39 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE